# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**DAVID KREGER**
                **Plaintiff,**

**v.**

                                 **CIVIL NO. 14-1332-RDR**

**SOCIAL SECURITY ADMINISTRATION,**
Carolyn W. Colvin, Acting
Commissioner
                **Defendant.**

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(X)    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED PURSUANT TO THE MEMORANDUM AND ORDER** entered on June 4, 2015 it is directed that judgment be entered pursuant to the fourth sentence of 42 U.S. C.§405(g) affirming defendant's decision to deny plaintiff's application for disability insurance benefits.

**IT IS FURTHER ORDERED AND ADJUDGED** that the decision to deny plaintiff's application for supplemental security income benefits is reversed.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter is remanded for further proceedings in accordance with this memorandum and order.

Dated:  June 4, 2015                            TIMOTHY M. O'BRIEN, CLERK

                                                                     s/ Mary E. Hill
                                                                        Deputy Clerk